IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMERA L. FRIEDRICHSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3069 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **MEMORANDUM AND ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filing 21).  Defendant has no objection to the awarding of fees and expenses in the amount of $1,232.44, the amount requested by Plaintiff, which represents 7.15 hours of work at $172.37[1] per hour.

The court has determined that Plaintiff was indeed the prevailing party in this action, as this action was remanded to the Secretary for further action; that the application for fees was filed in a timely fashion[2]; and that the position of the Commissioner was not substantially justified because the ALJ did not give consideration to whether a significant number of jobs exist in the national economy that Plaintiff can perform with the limitations assessed in the residual functional

---

[1]The maximum hourly fee of $125.00 specified in 28 U.S.C. § 2412(d)(1)(D)(2)(A) was adjusted to account for inflation (Ex. C to Mem. in Supp. of Application for Fees).

[2]An EAJA fee application based on a district court judgment remanding a case pursuant to sentence four of 42 U.S.C. § 405(g) must be filed within 90 days of the sentence four judgment. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

4:09-cv-03069-RGK   Doc # 25   Filed: 08/24/09   Page 2 of 2 - Page ID # 69

capacity finding.  Therefore, Plaintiff is entitled to an award of attorney fees.

IT IS ORDERED:

1.      Plaintiff's application for attorneys fees pursuant to the Equal Access to Justice Act (filing 21) is granted; and

2.      By separate document, the court shall enter judgment for Plaintiff and against Defendant providing that Plaintiff is awarded attorney fees of $1,232.44.

August 24, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.